UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re Application of Bloomfield Investment Resources Corp. for an Order Directing Discovery from Elliot Daniloff, ED Capital, LLC and ED Capital Management LLC Pursuant to 28 U.S.C. § 1782

Index No. _____

~~Proposed~~ Order

---

Upon consideration of the *ex parte* petition for assistance in aid of a foreign proceeding pursuant to 28 U.S.C. § 1782 (the "Petition") submitted by Petitioner Bloomfield Investment Resources Corp., and all papers submitted in support thereof, this Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting Petitioner's petition. It is therefore

**ORDERED** that the Petition is granted, and that Petitioner is hereby authorized to serve this Order, all papers submitted herewith, and the subpoenas annexed to the Petition as Appendix A, B and C upon Elliot Daniloff, ED Capital, LLC and ED Capital Management, LLC (the "Respondents") respectively; and it is further

**ORDERED** that the Respondents comply with such subpoenas in accordance with, and subject to their rights under, the Federal Rules of Civil Procedure and the Rules of this Court; and it is further

**ORDERED** that this matter will remain assigned to ~~me~~ *this Court*.

**SO ORDERED.**

Date: July 23, 2015

_____
U.S.D.J.
Part I